# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KDC Agribusiness LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 23-10786 (CTG)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of KDC Agribusiness LLC, *et al.*,<br><br>               Plaintiff,<br>v.<br><br>Ecolab, Inc.,<br><br>               Defendant. | Adv. Proc. No. 25-50996 (CTG) |

**STIPULATION FOR EXTENSION OF TIME FOR: (I) DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT; AND (II) FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

Plaintiff George L. Miller, not individually, but as Chapter 7 Trustee of KDC Agribusiness LLC, *et al.*, (the "Plaintiff") and Defendant Ecolab, Inc. (the "Defendant" and, together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for: (I) Defendant to Answer, Move, or Otherwise Respond to the Complaint; and (II) for Defendant to Respond to Plaintiff's Discovery Requests* (the "Stipulation") and hereby stipulate and agree as follows:

1. The time within which Defendant may answer, move, or otherwise respond to the Complaint [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including December 3, 2025.

2. Defendant admits that it is the proper party defendant as named in the Summons and Complaint.

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax dentification number, are: KDC Agribusiness LLC (2280), Do Good Chicken LLC (1523), Do Good Foods Facility Management LLC (3974), Do Good Foods Fort Wayne LLC (6909), Do Good Foods LLC (9976), Do Good Foods Managed Services LLC (4214), Do Goods Foods Selma LLC (3776) and KDC Agribusiness Fairless Hills LLC (8680).

3. In exchange for Plaintiff's agreement to extend the response deadline, Defendant agrees to waive any defenses relating to service or process of the Summons and Complaint.

4. Except as specifically set forth herein, all rights, claims, and defenses of the Parties are fully preserved.

5. Defendant's deadline to respond to all discovery served upon it by Plaintiff in the above-captioned adversary proceeding is hereby extended to and including December 10, 2025.

Dated: November 17, 2025

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Jared C. Hoffman*
Jennifer R. Hoover (No. 5111)
Kevin M. Capuzzi (No. 5462)
Jared C. Hoffman (No. 7483)
1313 Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com
         kcapuzzi@beneschlaw.com
         jhoffman@beneschlaw.com

*Counsel to Plaintiff, George L. Miller, Chapter 7 Trustee of KDC Agribusiness LLC, et al.*

Dated: November 17, 2025

**KOHNER, MANN & KAILAS, S.C.**

*/s/ Samuel M. Draver*
Samuel M. Draver, Esq.
4650 North Port Washington Road, 2nd Floor
Milwaukee, WI 53212
Telephone: (414) 962-5110
Email: sdraver@kmksc.com

*Counsel to Defendant, Ecolab, Inc.*